Kathleen Ridolfi, Esq. (SBN 153799)
Linda Starr, Esq. (SBN 118789)
Jill Kent, Esq. (SBN 162719)
NORTHERN CALIFORNIA INNOCENCE PROJECT
500 El Camino Real
Santa Clara, CA 95053-0422
Telephone: 408.554.1945

Laurence O. Masson (SBN 87794)
LAW OFFICE OF LAURENCE O. MASSON
One Maritime Plaza, Suite 1040
San Francisco, CA 94111
Telephone: 415.951.1942

Attorneys for Plaintiff John Andrew Stoll

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN ANDREW STOLL, )<br><br>Plaintiff, )<br><br>v. )<br><br>COUNTY OF KERN, EDWARD JAGELS, )<br>EDWARD LAWRENCE KLEIER, )<br>CAROL DARLING, VELDA MURILLO, )<br>BRADFORD JAMES DARLING, )<br>CONNY ERICSSON, KERN COUNTY )<br>SHERIFF'S OFFICE, KERN COUNTY )<br>WELFARE DEPARTMENT, )<br>and DOES 1-30, inclusive, )<br>Defendants. )<br>_____) | No. CV-F-05-01059 OWW SMS<br><br>**STIPULATION AND ORDER CONTINUING AND RESETTING THE DATE OF THE MANDATORY SCHEDULING CONFERENCE** |

StipStipulation & [Proposed] Order

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereto, by and through their undersigned counsel, do hereby stipulate to the continuance and resetting of the Mandatory Scheduling Conference (MSC) in the above captioned matter, currently set for 8:45 a.m., March 31, 2006, in Courtroom 3 of the above entitled Court, the Honorable Oliver W. Wanger presiding, to 8:45 a.m. May 19, 2006, in Courtroom 3.  The parties seek continuance and resetting of the MSC in order to allow sufficient time for hearing and decision on defendants' pending motions to dismiss portions of the First Amended Complaint, and for defendants to file their Answers.

It is agreed and understood by the undersigned counsel that all other provisions of this Court's initial Order Setting Mandatory Scheduling Conference remain in full force and effect.

Dated: March 27[1], 2006.          LAW OFFICE OF LAURENCE O. MASSON


_____/s/ Laurence Masson_____
Laurence O. Masson
Co-counsel for Plaintiff Stoll


Dated:       March 17, 2006.          LAW OFFICE OF OLIVER U. ROBINSON


_____/s/ Oliver Robinson_____
Oliver U. Robinson
Counsel for Defendants Ericsson and Murillo


Dated: March 17, 2006.          KERN COUNTY COUNSEL


By_____/s/ Mark Nations_____
Mark L. Nations
Chief Deputy Counsel

_____

StipStipulation & [Proposed] Order

2

1

Counsel for all other Defendants

2

3

Dated: March _27__, 2006.                SO ORDERED.

4

5

6                                          /s/ OLIVER W. WANGER_____
                                           Oliver W. Wanger
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

StipStipulation & [Proposed] Order

23                                                                    3