B.C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

Attorney for Defendants, COUNTY OF KERN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STOLL,<br><br>           Plaintiff,<br>     v.<br><br>COUNTY OF KERN, CAROL DARLING, VELDA MURILLO, BRADFORD JAMES DARLING, CONNY ERICSSON, and DOES 1 - 30, inclusive,<br><br>           Defendants. | CASE NO. 1:05-CV-01059 OWW SMS<br><br>STIPULATION FOR PROTECTIVE ORDER RE MEDICAL RECORDS OF PLAINTIFF; ORDER |

### STIPULATION

The parties, by and through their attorneys of record, hereby stipulate:

1.   As part of his Rule 26 disclosures, plaintiff identified medical records.

2.   Defendants have requested that plaintiff produce all medical records identified in his Rule 26 disclosures.

3.   Plaintiff is willing to produce the medical records identified in his Rule 26 disclosures subject to an appropriate protective order.

4.   Defendants are willing to enter into a protective order with respect to plaintiff's medical records.

5.   The parties agree that the records identified by plaintiff in his Rule 26 disclosures and which he is willing to produce for inspection and copying by defendants shall be subject to the protective order stated below.

| | | |
|---|---|---|
| Dated: December 5, 2008 | | B. C. Barmann, Sr., County Counsel |

By  /s/ Mark L. Nations
Mark L. Nations, Chief Deputy
Attorney for defendants Kern County,
Lawrence Kleier, Brad Darling and Carol
Darling

Dated: December 4, 2008     Robinson and Kellar, Attorneys

By  /s/ Oliver U. Robinson
Oliver U. Robinson, Esq.
Attorney for defendants Velda Murillo
and Conny Ericsson

Dated: December 4, 2008     Law Office of Laurence O. Masson

By  /s/ Laurence O. Masson
Laurence O. Masson, Esq.
Attorney for Plaintiff

PROTECTIVE ORDER

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED, that the medical and psychological records (Records) identified by Plaintiff John Stoll in his Rule 26 initial disclosures shall be produced for inspection and copying by defendants subject to the following protections:

1. The Records shall not be copied or disseminated outside of any attorney's office except for review by retained experts whose opinions depend to some degree on the content of the subject Records.

2. The only persons who shall be authorized to view the Records will be the attorneys, the attorneys' office staff, retained experts and parties to the action.

3. All copies of the Records shall be returned to counsel for plaintiff at the conclusion of the litigation.

4. The Records shall not be used for any purpose outside this litigation and

neither the Records nor their contents shall be disclosed to the news media.

    5.    Any person violating this order shall be subject to sanctions.

    6.    Use of the Records at deposition and at trial shall be nonpublic, unless otherwise ordered by the court.

IT IS SO ORDERED.

Dated:   December 12, 2008         /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE