1  OFFICE OF KERN COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By Mark L. Nations, Chief Deputy (Bar # 101838)
   Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone:  (661) 868-3800

5  Attorney for Defendants, COUNTY OF KERN, et al.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| JOHN STOLL, | CASE NO. 1:05-CV-01059 OWW SMS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PROTECTIVE ORDER RE PEACE OFFICER PERSONNEL RECORDS; ORDER |
| COUNTY OF KERN, EDWARD LAWRENCE KLEIER, deceased, and his surviving spouse, BARBARA B. KLEIER, VELDA MURILLO, BRADFORD JAMES DARLING, CONNY ERICSSON, CAROL DARLING, and DOES 1 - 30, inclusive, | |
| Defendants. | |

## STIPULATION

The parties, by and through their attorneys of record, hereby stipulate:

1. Plaintiff has requested the production of peace officer personnel records in the form of training records for certain individuals who served as investigators of child sexual abuse in the Kern County Sheriff's Department.

2. Defendant County of Kern is willing to disclose such records provided an appropriate protective order is issued by the court.

3. Plaintiff is willing to enter into a protective order with respect to the training records.

4. The parties agree that the training records to be produced by defendant for inspection and copying by plaintiff shall be subject to the protective order stated below.

| | | |
|---|---|---|
| Dated: April 21, 2009 | | Office of Kern County Counsel |

By  /s/ Mark L. Nations
    Mark L. Nations, Chief Deputy
    Attorney for defendants Kern County,
    Lawrence Kleier, Brad Darling and Carol
    Darling

Dated: April 20, 2009                     Robinson and Kellar, Attorneys

By  /s/ Oliver U. Robinson
    Oliver U. Robinson, Esq.
    Attorney for defendants Velda Murillo
    and Conny Ericsson

Dated: April 20, 2009                     Law Office of Laurence O. Masson

By  /s/ Laurence O. Masson
    Laurence O. Masson, Esq.
    Attorney for Plaintiff

## **PROTECTIVE ORDER**

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED, that the training records (Records) identified by defendant in discovery shall be produced for inspection and copying by plaintiff subject to the following protections:

1.    The Records shall not be copied or disseminated outside of any attorney's office except for review by retained experts whose opinions depend to some degree on the content of the subject Records.

2.    The only persons who shall be authorized to view the Records will be the attorneys, the attorneys' office staff, retained experts, court staff and parties to the action.

3.    All copies of the Records shall be returned to counsel for defendant at the conclusion of the litigation.

4. The Records shall not be used for any purpose outside this litigation and neither the Records nor their contents shall be disclosed to the news media.

5. The records to be produced do not need to be lodged, submitted or filed under seal for purposes of motions or trial.

6. Any person violating this order shall be subject to sanctions.

IT IS SO ORDERED.

**Dated:   April 27, 2009**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE