1  Kathleen Ridolfi, Esq. (SBN 153799)
   Linda Starr, Esq. (SBN 118789)
2  Jill Kent, Esq. (SBN 162719)
   NORTHERN CALIFORNIA INNOCENCE PROJECT
3  500 El Camino Real
   Santa Clara, CA 95053-0422
4  Telephone: 408.554.1945

5  Laurence O. Masson (SBN 87794)
   LAW OFFICE OF LAURENCE O. MASSON
6  2625 Alcatraz Avenue, No. 206
   Berkeley, CA 94705
7
   Co-counsel for Plaintiff John Andrew Stoll
8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11                           FRESNO DIVISION

12

13  JOHN ANDREW STOLL,                    )    No. CV-F-05-01059 OWW SMS
                                          )
14        Plaintiff,                      )
                                          )
15     v.                                 )
                                          )    **STIPULATION AND
16                                        )    ORDER CONTINUING AND
    COUNTY OF KERN; EDWARD                )    RESETTING THE DATE OF THE
17  LAWRENCE KLEIER, deceased, and        )    HEARING ON DEFENDANT
    his surviving spouse, BARBARA B.      )    CAROL DARLING'S MOTION
18  KLEIER; VELDA MURILLO;                )    FOR SUMMARY JUDGMENT OR,
    BRADFORD JAMES DARLING;               )    IN THE ALTERNATIVE,
19  CONNY ERICSSON; CAROL DARLING;        )    PARTIAL SUMMARY
    and DOES 1-30, inclusive,             )    JUDGMENT**
20                                        )
          Defendants.                     )
21  _____)

22       Plaintiff John Andrew Stoll and Defendant Carol Darling, by and through their

23  undersigned counsel of record, do hereby stipulate to the continuance and resetting of the hearing

24  on the Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment on

25  The Sixth, Eight, Ninth And Tenth Causes Of Action by Defendant Carol Darling ("Motion"),

26  currently set for hearing at 10:00 a.m. on June 15, 2009, in Courtroom 3 of the above entitled

27  Court, The Honorable Oliver W. Wanger presiding, to 10:00 a.m. on August 17, 2009, in

28  Stipulation & Order                       1

1 | Courtroom 3.  The parties seek continuance and resetting of the hearing on the Motion in order to
2 | accomplish mediation of this case on June 24, 2009, and, if necessary, in order for plaintiff to
3 | conduct additional discovery to prepare opposition to the Motion.
4 |       Conforming to the continued hearing date, the parties' respective opposition and reply
5 | papers to the Motion shall be filed in accordance with Local Rule 78-230.

Dated: May 11, 2009.      LAW OFFICE OF LAURENCE O. MASSON

      /s/ Laurence O. Masson

_____
Laurence O. Masson
Co-counsel for Plaintiff John Stoll

Dated: May 11, 2009.      KERN COUNTY COUNSEL

      /s/ Mark L. Nations
(as authorized on May 11, 2009)

By_____
Mark L. Nations
Chief Deputy Counsel
Counsel for Defendant Carol Darling

IT IS SO ORDERED.

**Dated:   May 11, 2009**            **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Stipulation & Order      2