1  Kathleen Ridolfi, Esq. (SBN 153799)
   Linda Starr, Esq. (SBN 118789)
2  Jill Kent, Esq. (SBN 162719)
   NORTHERN CALIFORNIA INNOCENCE PROJECT
3  500 El Camino Real
   Santa Clara, CA 95053-0422
4  Telephone: 408.554.1945

5  Laurence O. Masson (SBN 87794)
   LAW OFFICE OF LAURENCE O. MASSON
6  2625 Alcatraz Avenue, No. 206
   Berkeley, California 94705
7  Telephone:  510.735.9691

8  Co-counsel for Plaintiff John Andrew Stoll

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      FRESNO DIVISION

13

14  **JOHN ANDREW STOLL,**           )   **CASE NO. 05-CV-1059 OWW SMS**
                                       )
15              **Plaintiff,**         )    **ORDER CONTINUE DISCOVERY
                                       )   AND EXPERT DESIGNATION**
16  **vs.**                           )   **CUT-OFF DATES IN
                                       )   SCHEDULING CONFERENCE**
17  **COUNTY OF KERN; EDWARD**        )   **ORDER**
    **LAWRENCE KLEIER, deceased,**    )
18  **and his surviving spouse, BARBARA** )
    **B. KLEIER; VELDA MURILLO;**     )
19  **BRADFORD JAMES DARLING;**       )
    **CONNY ERICCSON; CAROL**         )
20  **DARLING; and DOES 1 through 30,** )   **PTC DATE: March 8, 2010**
    **inclusive,**                    )
21                                     )   **TRIAL DATE: April 20, 2010**
                **Defendants.**        )
22  _____   )   **Hon. Oliver W. Wanger**

23

24

25       Pursuant to a stipulation of the parties herein:

26       IT IS HEREBY ORDERED that the discovery cutoff dates and expert

27  designation dates contained in the Scheduling Conference order dated October 19,

28              ORDER EXTENDING DISCOVERY CUTOFF DATES
                                1

1   2008, will be changed as follows (pg. 9, Section X, paragraphs 8 and 9):

2          Non-expert discovery to be completed on or before **October 30, 2009**;

3          Expert Disclosures to be made in writing on or before **September 30, 2009**;

4          Rebuttal or Supplemental Expert Disclosures to be made on or before

5   **October 30, 2009**;

6          Expert discovery to be completed by **December 16, 2009**.

7   Dated: August <u>10</u>, 2009

8

9                         /s/ OLIVER W WANGER
10                         OLIVER W. WANGER
                           U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                   ORDER EXTENDING DISCOVERY CUTOFF DATES
                                        2