Kathleen Ridolfi, Esq. (SBN 153799)
Linda Starr, Esq. (SBN 118789)
Jill Kent, Esq. (SBN 162719)
NORTHERN CALIFORNIA INNOCENCE PROJECT
500 El Camino Real
Santa Clara, CA 95053-0422
Telephone: 408.554.1945

Laurence O. Masson (SBN 87794)
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, No. 206
Berkeley, California 94705
Telephone: 510.735.9691

Co-counsel for Plaintiff John Andrew Stoll

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN ANDREW STOLL,<br><br>    Plaintiff,<br>        v.<br><br>COUNTY OF KERN;<br>EDWARD LAWRENCE KLEIER, deceased,<br>and his surviving spouse, BARBARA B.<br>KLEIER; VELDA MURILLO;<br>BRADFORD JAMES DARLING;<br>CONNY ERICSSON; CAROL DARLING;<br>and DOES 1-30, inclusive,<br><br>    Defendants. | No. 05-CV-01059 OWW SMS<br><br>**STIPULATION AND<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE OF ALL CLAIMS** |

Plaintiff John A. Stoll and all defendants herein, by and through their respective undersigned counsel of record, do hereby stipulate to dismissal of this action with prejudice as to all defendants.  Each party shall bear his/her/its own costs of suit.

Stipulation & Order                                                    1

1  SO STIPULATED.

2

3  Date: October 22, 2009.    Law Office of Laurence O. Masson

4                                              /s/ Laurence O. Masson

5                                              _____
                                                Laurence O. Masson
                                                Co-counsel for Plaintiff John Andrew Stoll
6

7

8
   Date: October 22, 2009.    THERESA GOLDNER, COUNTY COUNSEL
9

10                                              /s/ Mark L. Nations (as authorized on 10/22/09)
                                            By_____
11                                              Mark L. Nations, Chief Deputy
                                                Counsel for defendants County of Kern,
12                                              Edward Lawrence Kleier, Barbara B. Kleier,
                                                Bradford James Darling, and Carol Darling
13

14  Date: October 22, 2009.    ROBINSON & KELLAR

15                                              /s/ Oliver U. Robinson (as authorized on 10/22/09)
                                            By _____
16                                              Oliver U. Robinson
                                                Counsel for Defendants Velda Murillo
17                                              and Conny Ericsson

18

19  IT IS SO ORDERED.

20  **Dated:   October 23, 2009**              **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Stipulation & Order                          2